# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GERALDINE EBBS, et al** | **CIVIL ACTION** |
| **VERSUS** | **NO: 04-1198-EEF-SS** |
| **ORLEANS PARISH SCHOOL BOARD** | |

## REPORT AND RECOMMENDATION

On April 27, 2004, Geraldine Ebbs and others filed a complaint for damages and other relief pursuant to 29 U.S.C. § 201, the Fair Labor Standards Act ("FLSA"). Rec. doc. 1. The plaintiffs motion for conditional class certification and issuance of supervised notice to all others similarly situated to opt-ins was granted. Rec. doc. 68. Approximately 1,500 persons chose to opt-in. Rec. doc. 136.

At the request of the District Judge there have been telephone conferences with counsel to assist them in reaching an appropriate scheduling order and resolving discovery issues. Rec. doc. 201. Telephone status conferences were conducted June 7, June 14, June 22, June 29, July 9 and July 21, 2010. Rec. docs. 203-08.

On June 11, 2010, the defendant, Orleans Parish School Board ("OPSB"), provided a list of forty claimants from whom it needed written discovery responses and depositions. At the June 14, 2010, conference counsel for plaintiffs was ordered to notify the defendant of those claimants who would be opting out and those claimants who could not be located. The remaining claimants on the list were to provide discovery responses. Rec. doc. 204 at 2. On June 21, 2010, counsel for the plaintiffs provided a list of opt-out claimants. Rec. doc. 205 (Exhibit B). On July 9, 2010, counsel

for the plaintiffs was notified that if there was no objection raised at the July 21, 2010 conference, it would be recommended that the these opt-out claimants be dismissed from this action. Rec. doc. 208 at 5. Counsel for plaintiffs did not object to their dismissal at the July 21, 2010 conference.

Accordingly, IT IS RECOMMENDED that the following claimants be dismissed from this action with prejudice:

|  | NAME | OPSB# |
|---|---|---|
| 1. | Florence M. Angelain | 3093 |
| 2. | Lula S. Brown | 2948 |
| 3. | Lyndell A. Cusack | 17201-2 |
| 4. | Naomi P. Delandro | 8884 |
| 5. | Barbara R. Dixon | 10386 |
| 6. | Eunice J. Dorch | 1735-5 |
| 7. | Aline S. Dray | 16923-2 |
| 8. | Nicole M. Evans | 11898-3 |
| 9. | Maudie Galloway | 7497 |
| 10. | Shawnte' L. Gardner | 16271 |
| 11. | Charles C. Greene | 12147 |
| 12. | Patricia W. Hymel | 4715 |
| 13. | Lerita E. Johnson | 8163-3 |
| 14. | Kolita S. Kennedy | 3955 |
| 15. | Althea J. Lacen | 2322 |
| 16. | Donald M. Lindsey | 15496-2 |

| | | |
|---|---|---|
| 17. | Judas J. Littleton | 10369 |
| 18. | Lisa M. Marshall | 7132-1 |
| 19. | Vanessa Marshall | 14416 |
| 20. | Bobbie Martin | 3436 |
| 21. | Kathleen D. Robinson | 1252 |
| 22. | Walter J. Tardy | 9812 |
| 23. | Doris F. Thompson | 10040 |
| 24. | Ranee M. Tumblin | 7178 |
| 25. | Urania B. Wilson | 16489 |

## **OBJECTIONS**

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 22nd day of July, 2010.

                                          **SALLY SHUSHAN**
                                          **United States Magistrate Judge**