UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GERALDINE EBBS, et al** | **CIVIL ACTION** |
| **VERSUS** | **NO: 04-1198-EEF-SS** |
| **ORLEANS PARISH SCHOOL BOARD** | |

**REPORT AND RECOMMENDATION**

On April 27, 2004, Geraldine Ebbs and others filed a complaint for damages and other relief pursuant to 29 U.S.C. § 201, the Fair Labor Standards Act ("FLSA"). Rec. doc. 1. The plaintiffs motion for conditional class certification and issuance of supervised notice to all others similarly situated to opt-ins was granted. Rec. doc. 68. Approximately 1,500 persons chose to opt-in. Rec. doc. 136.

At the request of the District Judge there have been telephone conferences with counsel to assist them in reaching an appropriate scheduling order and resolving discovery issues. Rec. docs. 203-09.

On June 11, 2010, the defendant, Orleans Parish School Board ("OPSB"), provided a list of forty claimants from whom it needed written discovery responses and depositions. Before the June 22, 2010 conference, the plaintiffs were ordered to notify the defendant of those claimants on this list who would be opting out and those claimants who could not be located. Rec. doc. 204.

The plaintiffs provided the list of the claimants who could not be located. They were placed on suspense. Rec. doc. 205 (Exhibit C). On June 29, 2010, the plaintiffs were notified that if they could not locate the claimants on the suspense list by August 2, 2010, it would be recommended that

their claims be dismissed. Rec. doc. 207. The minute entries for July 9, 2010 (Rec. doc. 208 at 6) and July 21, 2010 (Rec. doc. 209 at 5) contained the same notification.

At the conference on August 3, 2010, the plaintiffs confirmed that they had been unable to locate any of the persons on the suspense list.

Accordingly, IT IS RECOMMENDED that the following claimants be dismissed from this action with prejudice:

| | NAME | OPSB# |
|---|---|---|
| 1. | Kendra T. Every | 4454 |
| 2. | Joseph A. Green, Jr. | 3187 |
| 3. | Cynthia J. Hawkins | 3933 |
| 4. | Joyce A. Haynes | 12616-2 |
| 5. | Mia A. Nelson | 4457 |
| 6. | Kerrol W. Smith | 4195 |
| 7. | Crystal S. St. Armand | 3603 |
| 8. | Belinda E. Thompson | 12948-4 |
| 9. | Ethel M. Wilson | 2333 |
| 10. | Eddie Jenkins, Jr. | 6555 |
| 11. | Mary Millner | 2952 |
| 12. | Willie Trask | 3089 |

## **OBJECTIONS**

A party's failure to file written objections to the proposed findings, conclusions and recommendations in a magistrate judge's report and recommendation within fourteen (14) days after

being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Servs. Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

New Orleans, Louisiana, this 5th day of August, 2010.

**SALLY SHUSHAN**
**United States Magistrate Judge**