# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GERALDINE EBBS, et al** | **CIVIL ACTION** |
| **VERSUS** | **NO: 04-1198-EEF-SS** |
| **ORLEANS PARISH SCHOOL BOARD** | |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiffs have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that the following claimants are dismissed from this action with prejudice:

| | NAME | Orleans Parish School Board # |
|---|---|---|
| 1. | Florence M. Angelain | 3093 |
| 2. | Lula S. Brown | 2948 |
| 3. | Lyndell A. Cusack | 17201-2 |
| 4. | Naomi P. Delandro | 8884 |
| 5. | Barbara R. Dixon | 10386 |
| 6. | Eunice J. Dorch | 1735-5 |
| 7. | Aline S. Dray | 16923-2 |
| 8. | Nicole M. Evans | 11898-3 |
| 9. | Maudie Galloway | 7497 |

| | | |
|---|---|---|
| 10. | Shawnte' L. Gardner | 16271 |
| 11. | Charles C. Greene | 12147 |
| 12. | Patricia W. Hymel | 4715 |
| 13. | Lerita E. Johnson | 8163-3 |
| 14. | Kolita S. Kennedy | 3955 |
| 15. | Althea J. Lacen | 2322 |
| 16. | Donald M. Lindsey | 15496-2 |
| 17. | Judas J. Littleton | 10369 |
| 18. | Lisa M. Marshall | 7132-1 |
| 19. | Vanessa Marshall | 14416 |
| 20. | Bobbie Martin | 3436 |
| 21. | Kathleen D. Robinson | 1252 |
| 22. | Walter J. Tardy | 9812 |
| 23. | Doris F. Thompson | 10040 |
| 24. | Ranee M. Tumblin | 7178 |
| 25. | Urania B. Wilson | 16489 |

New Orleans, Louisiana, this 16th day of August, 2010.


_____
UNITED STATES DISTRICT JUDGE